

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

**H-E-B**, Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B
L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as
employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et
al.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16263
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

On January 21, 2020, appellant David Rodriguez filed a "Memorandum to Ability to Pay
Costs Order," which asked the court to rule on Rodriguez's earlier motion challenging a trial
court order requiring him to pay court costs. The court issued an opinion and order disposing of
Rodriguez's motion challenging the trial court's order on January 22, 2020. The relief requested
in Rodriguez's "Memorandum to Ability to Pay Costs Order" is therefore DENIED AS MOOT.

It is so **ORDERED** on January 24, 2020.

**PER CURIAM**

ATTESTED TO:   _Michael A. Cruz_

MICHAEL A. CRUZ,
CLERK OF COURT